IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUJAY STUDIOS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 24-cv-12987<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Young B. Kim |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff and Defendant Nos. 58 "Guangzhouhanliumaoyi" and 69 "Loxiasnama" ("Defendants"), acting through counsel, hereby agree to and move this Court for entry of the Consent Judgment attached hereto.

Date: February 17, 2025

| | |
|---|---|
| /s/*William B. Kalbac*<br>Michael A. Hierl (Bar No. 3128021)<br>William B. Kalbac (Bar No. 6301771)<br>Robert P. McMurray (Bar No. 6324332)<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>70 W. Madison, Suite 400<br>Chicago, Illinois 60602<br>(312) 580-0100<br>wkalbac@hsplegal.com<br><br>Attorneys for Plaintiff<br>BLUJAY STUDIOS, INC. | /s/*Ge* (Linda) *Lei*<br>Ge (Linda) Lei<br>GeTech Law LLC<br>203 N. LaSalle St.<br>Suite 2100<br>Chicago, IL 60601<br>Ph: (312) 888-6633<br>linda.lei@getechlaw.com<br><br>Attorney for Defendant Nos. 58 "Guangzhouhanliumaoyi" and 69 "Loxiasnama" |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 17, 2025.

                                                s/Michael A. Hierl