## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Blujay Studios, Inc.

                        Plaintiff,

v.                                     Case No.:
1:24−cv−12987

Honorable Rebecca
R. Pallmeyer

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants Lingna Co., Ltd., Guojijuye Co., Ltd., and Baijie Co., Ltd. have moved to dismiss this case as against them for lack of personal jurisdiction. The motion [37] is granted, substantially for the reasons set forth in Defendants' briefs. Defendants do not maintain offices, employees, or agents here, and conduct their business in China. Plaintiff has demonstrated that the Defendants offered goods for shipment to a location in Illinois, but have offered no evidence of any actual shipments or sales. In other cases that Plaintiffs cited in support of their opposition to this motion, there was evidence of communications in Illinois, sales to Illinoi,s or orders (albeit later canceled) for defendants' products. See BRABUS GmbH v. The Partnerships, 20−cv−3720 (Seeger, J., Oct. 13, 2022); Pit Viper, LLC, v. Xi'an Jiaye Tengda Trading Co., Ltd., d.b.a. Bytebyte, 23−cv−14761 (Ellis, J. Dec. 9, 2024); TV Tokyo Corp. v. The Partnerships, 24−cv−8964 (Jenkins, J., February 12, 2025). Absent such evidence in this case, the court concludes it lacks jurisdiction over these three Defendants and dismisses the complaint as against them. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.