**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLUJAY STUDIOS, INC., ) | |
| ) | Case No. 24-cv-12987 |
| Plaintiff, ) | |
| ) | Judge Rebecca R. Pallmeyer |
| ) | |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on March 17, 2025 [Dkt. No. 59] in favor of Plaintiff BLUJAY STUDIOS, INC. ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Doe | Seller |
|---|---|
| 14 | SEAYI Christmas Co.Ltd |
| 19 | xuzhilihu |
| 55 | FangCaoGe |
| 71 | niuzelilai |
| 90 | Yaokun |
| 97 | ZhouWenJieWireless |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: March 18, 2025 	Respectfully submitted,

By: 	s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
BLUJAY STUDIOS, INC.

**CERTIFICATE OF SERVICE**

     The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 18, 2025.

                                                s/Michael A. Hierl